Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Lauria Lynch-German
CONCIERGE LEGAL
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.861.8631
lauria@lauria.co
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BARBARA TRICKLE,<br><br>  Defendant. | CASE NO. 2:23-CR-00015-JCM-MDC<br><br>**UNOPPOSED MOTION AND ORDER TO CONTINUE SENTENCING HEARING** |

COMES NOW Defendant BARBARA TRICKLE, by and through her attorneys of record, LANCE A. MANINGO, of MANINGO LAW, and LAURIA LYNCH-GERMAN, of CONCIERGE LEGAL, and hereby requests that the Sentencing hearing currently scheduled for July 28, 2025, be vacated and continued a minimum of one hundred fifty (150) days to a date after December 2, 2025, or to a date and time convenient for this Court.

Defense Counsel moves for a continuance for the following reasons:

1

1. Counsel for the Defendant needs additional time to conduct investigation related to sentencing arguments.

2. Defendant Kimberly Stamps is presently set for trial on December 2, 2025, and this trial may impact Defendant's sentencing.

3. The Government does not oppose the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant sufficient time within which to be able to effectively investigate and prepare for sentencing.

5. This is the first request to continue sentencing filed herein.

DATED this 9th day of July 2025.

MANINGO LAW

By: /s/ Lance A. Maningo
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BARBARA TRICKLE,<br><br>        Defendant. | CASE NO. 2:23-CR-00015-JCM-MDC<br><br>**ORDER TO CONTINUE**<br>**SENTENCING HEARING** |

    Based upon the unopposed Motion of the Defendant, the Sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interests of the public and the Defendant in a speedy Sentencing, since failure to grant said continuance would be likely to result in a miscarriage of justice.

    IT IS HEREBY ORDERED that the Sentencing in the above-captioned matter currently scheduled for July 28, 2025, at 10:00 a.m., be vacated and continued to __December 5__, 20__25__, at __10:00 AM__.

DATED July 9, 2025,

_____
UNITED STATES DISTRICT COURT JUDGE

3